

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Kendall R. Randolph*　　　　　　　　　　　　　　　970 Broad Street, Suite 700
*Assistant United States Attorney*　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　　　　　　Direct Dial: 973-645-3659

July 28, 2025

The Honorable Julien X. Neals
United States District Judge
Martin Luther King Building & Federal Courthouse
Newark, New Jersey 07102

　　　　　Re:　*United States v. Phillip Wiggins, Jr.*
　　　　　　　　<u>Crim. No. 24-703</u>

Dear Judge Neals:

　　　　The Government respectfully requests an adjournment of the sentencing currently scheduled for July 31, 2025 because the Government is obtaining additional information to provide the Court, which will impact the Court's analysis of the factors set forth in 18 U.S.C. § 3553(a). The Government believes that such an adjournment is warranted to provide the Court with adequate time to consider this information.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ALINA HABBA
　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　By: Kendall R. Randolph
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

cc:　　Counsel of Record